United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 7, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

——————————————

No. 03-20305

——————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN MACIAS-CRUZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-898-ALL
--------------------

ON PETITION FOR REHEARING

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

IT IS ORDERED that the petition for rehearing is GRANTED,
and the panel's opinion is VACATED.  IT IS FURTHER ORDERED that
the parties supplement the record with a transcript of Macias's
1998 deportation hearing.